UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

DUPRIE MCMILLAN and ELAINE MCMILLAN,

        Plaintiffs,　　　　　　　　　　Docket No. 1:23-CV-07655-JGLC

        -against-

EAST 168th STREET ASSOCIATES, L.P.,
AMS REALTY COMPANY, LLC, MARTIN SHNAY,
and ABRAM SHNAY,

        Defendants.
----------------------------------------------------------------X

### STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties through counsel hereby stipulate that the above captioned action is and shall be dismissed against Defendants, with prejudice.

Date: January 26, 2024　　　　Attorney For Plaintiffs

                                        By: _____

                                        Stephanie R. Rudolph, Esq.
                                        The Legal Aid Society
                                        49 Thomas Street, 2nd Floor
                                        New York, NY 10013
                                        srudolph@legal-aid.org
                                        (646) 988-0997

Date: January 25, 2024    Attorney For Defendants

By: /s/ Howard S. Levine

Howard S. Levine, Esq.
Hertz, Cherson, Rosenthal, P.C.
118-35 Queens Boulevard, 9th Floor
Forest Hills, New York 11375
howard.levine@rhcrlaw.com
Firm: (718) 261-7700