UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUPRIE MCMILLAN and ELAINE MCMILLAN,

                Plaintiffs,

-against-

EAST 168th STREET ASSOCIATES, L.P., AMS REALTY COMPANY, LLC, MARTIN SHNAY, and ABRAM SHNAY,

                Defendants.

23-CV-7655 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    The initial pretrial conference scheduled for February 7, 2024 is hereby ADJOURNED *sine die*. The parties are directed to refile their stipulation of dismissal to correct the deficiency indicated on the docket no later than **January 31, 2024**.

Dated: January 29, 2024
       New York, New York

                              SO ORDERED.

                              JESSICA G. L. CLARKE
                              United States District Judge